IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LANA KAY ROE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 19-056 |
| | ) | |
| v. | ) | District Judge Arthur J. Schwab/ |
| | ) | Magistrate Judge Maureen P. Kelly |
| SUPERINTENDENT OF STATE | ) | |
| CORRECTIONAL INSTITUTION, MUNCY, | ) | |
| PENNSYLVANIA | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Lana Kay Roe ("Petitioner") has filed a pro se Petition for a Writ of Habeas Corpus (the "Petition"), seeking to attack her state court conviction for first degree murder.

The case was referred to Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Magistrate Judge Kelly's Report and Recommendation, ECF No. 6, filed on July 28, 2020, recommended that the Petition be dismissed without prejudice for failure to prosecute and Petitioner was informed that she could file Objections to the Report by August 14, 2020. She has not filed Objections by August 14, 2020.

Accordingly, the following order is entered:

**IT IS HEREBY ORDERED** this 19th day of August, 2020, after de novo review of the record and the Report and Recommendation, the Petition for Writ of Habeas Corpus is dismissed

2

without prejudice for failure to prosecute. A certificate of appealability is likewise denied as jurists of reason would not find this disposition to be debatable.

**SO ORDERED** this 19th day of August, 2020.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

LANA KAY ROE
OV3262
SCI-MUNCY
PO Box 180
Muncy, PA 17756